1
2
3
4
5

6   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
7              AT SEATTLE

8   ROSEMARY BRIM DAVIS,
9          Plaintiff,
10                                         Case No.  C05-1466L
       v.
11                                         ORDER GRANTING MOTION
    HOMECOMINGS FINANCIAL,                 FOR EXTENSION OF TIME TO
12                                         RESPOND TO DISCOVERY
           Defendant.
13
14

15       This matter comes before the Court on a motion filed by defendant Homecomings
16  Financial Network, Inc. ("Homecomings") for a thirty day extension of time to respond to
17  plaintiff's pending discovery requests.  (Dkt. #15).  Homecomings argues that an
18  extension is needed because of the scope of the discovery requests, the intervening
19  holidays, and the resulting unavailability of Homecomings' personnel.
20       Plaintiff objects to the extension for two primary reasons.  First, she argues that
21  she offered Homecomings a reasonable extension but her offer was rejected.  Plaintiff's
22  counsel agreed to a thirty day extension for responses, but would allow only a two week
23  extension for Homecomings' objections.  Second, plaintiff argues that she must file her
24  motion for class certification by March 24, 2006.  She argues that if Homecomings has
25
26  ORDER GRANTING MOTION
    FOR EXTENSION OF TIME - 1

1  until January 30, 2006 to make objections to her discovery requests, it would be
2  impossible for her to meet the certification motion filing deadline. Plaintiff, however,
3  would have approximately seven weeks after receiving the responses to prepare her
4  certification motion.

5      The Court finds that Homecomings has shown good cause for a thirty day
6  extension to provide its answers and objections to plaintiff's discovery requests, and its
7  motion is GRANTED.

8      Finally, plaintiff urges the Court to find that Homecomings waived its objections
9  by failing to provide them within thirty days of receiving the discovery requests. During
10 that time, however, Homecomings was diligently seeking an extension, then promptly
11 moved for one after plaintiff refused to agree. Accordingly, the Court finds that
12 Homecomings did not waive its objections to plaintiff's discovery requests.

14     DATED this 23rd day of January, 2006.

17 Robert S. Lasnik
18 United States District Judge

26 ORDER GRANTING MOTION
FOR EXTENSION OF TIME - 2