# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROSEMARY BRIM DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>HOMECOMINGS FINANCIAL,<br><br>    Defendant. | Case No. C05-1466RSL<br><br>ORDER VACATING ORDER<br>TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On April 20, 2006, plaintiff filed a motion for class certification that, taken as a whole, exceeded 50 pages in length. On April 24, 2006, the Court issued an order to show cause why she should not be sanctioned for failure to comply with the Court's prior instructions. The order to show cause (Dkt. #38) is now vacated in light of the receipt of the courtesy copy and plaintiff's April 28, 2006 response to the order to show cause.

DATED this 2nd day of May, 2006.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER
TO SHOW CAUSE