UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROSEMARY BRIM DAVIS,

    Plaintiff,

    v.

HOMECOMINGS FINANCIAL,

    Defendant.

Case No. C05-1466RSL

ORDER GRANTING MOTION
FOR LEAVE TO FILE
AMENDED MEMORANDUM

    This matter comes before the Court on defendant's motion for leave to file an amended memorandum and appendix in opposition to plaintiff's motion for class certification (Dkt. #46). Defendant filed a 31-page opposition, well in excess of the 24-page limit in the Local Rules. Defendant now seeks permission to substitute an amended memorandum and appendix that comply with the Local Rules. Plaintiff has not opposed the motion. The Court GRANTS the motion.

    Defendant and its counsel are reminded of their obligation to be familiar with and comply with all of the Court's rules, including those regarding motions and having local

ORDER - 1

1 counsel sign all pleadings prior to filing.

2

3        DATED this 8th day of June, 2006.

4

5

6                           */s/ Robert S. Lasnik*
                            Robert S. Lasnik
7                           United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26 ORDER - 2