UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROSEMARY BRIM DAVIS,

   Plaintiff,

   v.

HOMECOMINGS FINANCIAL,

   Defendant.

Case No. C05-1466RSL

ORDER TO FILE REDACTED COPIES OF SEALED DOCUMENTS

This matter comes before the Court *sua sponte*. The parties have filed numerous documents that contain private and personal information that should have been redacted pursuant to the General Order of the Court regarding Public Access to Electronic Case Files (filed 5/29/03). To limit access to that information, the Court ordered some documents sealed and ordered the parties to promptly review the record for any additional non-conforming documents. The parties subsequently filed a stipulation to seal numerous additional documents.[1] As a result, a substantial portion of the record is now sealed, which is inconsistent with the public's right of access. The parties are therefore

---

[1] Counsel was informed by the Court's staff that if they sought to seal additional documents, they must also file redacted copies of the documents. As of this date, they have not done so.

ORDER TO FILE REDACTED
COPIES OF SEALED DOCUMENTS - 1

1  ORDERED to file, within ten days of the date of this order, redacted copies of all
2  documents which have been sealed in this case. If they need assistance in doing so, they
3  should contact the CM/ECF Helpdesk at 1-866-ECF-WAWD (1-866-323-9293).
4
5  DATED this 17th day of July, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO FILE REDACTED
COPIES OF SEALED DOCUMENTS - 2